UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLAUDINO,<br><br>Plaintiff,<br><br>-against-<br><br>THOMAS GARRITANO and KAREN GARRITANO,<br><br>Defendants. | **CIVIL ACTION NUMBER: 11-CV-2515 (FB) (VVP)**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against all defendants, pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(ii).

Dated: New York, New York
March 26, 2013

Pecoraro & Schiesel, LLP
By: Steven G. Schiesel, Esq.
Attorneys for Plaintiff
41 Madison Avenue, Suite 4000
New York, New York 10004
(212) 344-5053

Longo & D'Apice, Esqs.
By: Steven Wissler, Esq.
Attorneys for Defendants
26 Court Street, Suite 1700
Brooklyn, New York 11242
(718) 855-5684